IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NUMBER 4:06cr36 TSL-JCS

IRENE JONES

## JUDGMENT OF ACQUITTAL

The jury having returned a verdict of not guilty as to all counts of the four-count indictment filed against the defendant, Irene Jones, the court hereby enters a judgment of acquittal dismissing all charges filed against Irene Jones. This matter is fully and finally dismissed.

SO ORDERED, this the 14TH day of September, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE